UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN HEAGY,

                    Petitioner,

   v.

WASHINGTON STATE PENITENTIARY,

                    Respondent.

No. C12-5965 RBL/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 5th day of December, 2012.

                                            Karen L. Strombom
                                            United States Magistrate Judge