UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN HEAGY,

                     Petitioner,

  v.

WASHINGTON STATE PENITENTIARY,

                     Respondent.

No. C12-5965 RBL/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 5th day of December, 2012.

                                                   */s/ Karen L. Strombom*
                                                   Karen L. Strombom
                                                   United States Magistrate Judge