UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN HEAGY,

                              Petitioner,

    v.

WASHINGTON STATE
PENITENTIARY,

                          Respondent.

No. C12-5965 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

      (1)     The Court adopts the Report and Recommendation;

      (2)     This action, including any pending motions, is **DISMISSED WITHOUT PREJUDICE;** and

      (3)     The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom.

      **DATED** this 22nd day of March, 2013.

                                         RONALD B. LEIGHTON
                                         UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1